UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARLES F. CARLUCCI, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| ―――――――――――――――――――――) | Case No: | 10-24706 |
| BIG APPLE FINER FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary No: 11-0608 |
| v. | ) | |
| | ) | |
| CHARLES F. CARLUCCI, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALAN J. DEMARS, | ) | |
| | ) | |
| Trustee. | ) | |

**DEFENDANT'S MOTION FOR ADDITIONAL TIME TO ANSWER OR
OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

NOW COMES Defendant CHARLES F. CARLUCCI ("Defendant"), by and through his attorneys, Brown, Udell, Pomerantz & Delrahim, Ltd., and for his Motion for Additional Time to Answer or Otherwise Plead in Response to the Complaint to Determine Dischargeability (the "Complaint") filed by Plaintiff BIG APPLE FINER FOODS, INC. ("Plaintiff"), and states as follows:

1. On or about March 8, 2011, the Plaintiff filed its Complaint naming Charles F. Carlucci as a Defendant.

2. On or about March 8, 2011, Defendant was served with Summons and the Plaintiff's Complaint.

3. Defendant has retained the law firm of Brown, Udell, Pomerantz & Delrahim, Ltd. ("BUPD") to represent him in this matter.

4. On April 18, 2011, Dennis E. Both and Jeffery R. Beck of BUPD filed their Appearances on behalf of Defendant.

5. BUPD and Defendant have commenced investigating the facts of this matter; however, they require additional time to conduct such investigation before responding to the Complaint.

WHEREFORE, the Defendant, Charles F. Carlucci, respectfully requests that this Honorable Court grant the Defendants an additional twenty-eight (28) days to answer or otherwise plead to the Complaint.

Dated: April 18, 2011                                   Respectfully submitted,

                                                        CHARLES F. CARLUCCI,


                                        By:     /s/ Dennis E. Both
                                                One of his attorneys

Dennis E. Both (ARDC# 6183096)
Jeffery R. Beck (ARDC# 6284675)
**BROWN, UDELL, POMERANTZ & DELRAHIM, LTD.**
1332 North Halsted Street – Suite 100
Chicago, Illinois 60642
Tel.: (312) 475-9900
Fax: (312) 475-1188